UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBY DONNER, P.C.,

               Plaintiff,

    - against -

ARISTONE REALTY CAPITAL, LLC,

               Defendant.

21-mc-784 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference, by phone, on April 4, 2022, at 4:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

    The Clerk is directed to amend the case caption to conform to the above.

SO ORDERED.

Dated:    New York, New York
           April 1, 2022

                             John G. Koeltl
                  United States District Judge