UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACOBY DONNER, P.C.,

                Plaintiff,

- against -

ARISTONE REALTY CAPITAL, LLC,

                Defendant.

21-mc-784 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

For the reasons explained at today's conference, the plaintiff's application for a temporary restraining order is **denied**. The defendant should respond to the plaintiff's motion for a preliminary injunction and the plaintiff's motion for an order charging membership interests by April 14, 2022. The plaintiff may reply by April 19, 2022.

Counsel for the plaintiff should serve defense counsel with a copy of this Order. Defense counsel should file an appearance on ECF and file a motion to appear pro hac vice.

SO ORDERED.

Dated:    New York, New York
           April 4, 2022

                                      John G. Koeltl
                                  United States District Judge