```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

JACOBY DONNER, P.C.,

              Plaintiff,

   - against -

ARISTONE REALTY CAPITAL, LLC,

              Defendant.

--------------------------------------

21-mc-784 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument regarding the outstanding motions on **April 27, 2022, at 3:30 p.m.** Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            April 22, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge