```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JACOBY DONNER, P.C.,

            Plaintiff,

  - against -

ARISTONE REALTY CAPITAL, LLC,

            Defendant.

21-mc-784 (JGK)

ORDER
---

JOHN G. KOELTL, District Judge:

For the reasons explained at today's conference, the plaintiff's motion for a preliminary injunction is **denied**. The plaintiff's motion for a charging order pursuant to N.Y. Ltd. Liab. Co. Law § 607 is **granted** with respect to the defendant's interests in Castlestone Mansfield Inn, LLC and Mansfield Loan Acquisitions, LLC, and is **denied without prejudice** with respect to the defendant's interest in Castlestone Holding Company, LLC. The plaintiff should submit a proposed charging order by May 4, 2022. The defendant may respond by May 6, 2022. The Clerk is directed to close ECF No. 2.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge