IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOBY DONNER, P.C., <br><br> Plaintiff, <br><br> v. <br><br> ARISTONE REALTY CAPITAL, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> Case No. 1:21-mc-00784-JGK |

### ORDER CHARGING MEMBERSHIP INTEREST OF JUDGMENT DEBTOR ARISTONE REALTY CAPITAL LLC IN AID OF ENFORCEMENT OF CONSENT JUDGMENT

**AND NOW** this ___9___, day of ___May___, 2022, upon consideration of Plaintiffs' Motion for Order Charging Membership Interest of Judgment Debtor in Aid of Enforcement of Consent Judgment (the "Motion") and any response thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1.  The Court finds that the amount of the Consent Judgment of $750,000 plus interest accruing at a rate of 6% per annum (or $125 per day) from March 23, 2021 remains outstanding;

2.  Defendant Aristone Realty Capital, LLC's interest in Castlestone Mansfield Inn, LLC is hereby charged with payment of the unsatisfied amount of the Consent Judgment plus post-judgment interest until satisfied in full;

3.  Defendant Aristone Realty Capital, LLC's interest in Mansfield Loan Acquisition, LLC is hereby charged with payment of the unsatisfied amount of the Consent Judgment plus post-judgment interest until satisfied in full;

4. Any distributions, returns of contributions, or outstanding obligations to which Aristone Realty Capital, LLC is entitled via its membership interest in Castlestone Mansfield Inn, LLC, including but not limited to proceeds from the sale of 1007 Mountain Rd, Stowe, VT 05672, shall be paid directly to Jacoby Donner, P.C.;

5. Any distributions, returns of contributions, or outstanding obligations to which Aristone Realty Capital, LLC is entitled via its membership interest in Mansfield Loan Acquisition, LLC, including but not limited to proceeds from the repayment of any loan relating to 1007 Mountain Rd, Stowe, VT 05672, shall be paid directly to Jacoby Donner, P.C.; and

6. Violation of this order may result in a finding of contempt and the imposition of sanctions.

BY THE COURT:

5/9/22               _____
                     J.