UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

JACOBY DONNER, P.C.,

          Plaintiff,

- against -

ARISTONE REALTY CAPITAL, LLC,

          Defendant.
───────────────────────────────

21-mc-784 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference on **July 14, 2022, at 10:00 a.m.** Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            July 12, 2022

                                              */s/ John G. Koeltl*
                                              John G. Koeltl
                                      United States District Judge